# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margarito De Jesus Agustin Gregorio, | No. CV-26-02372-PHX-DJH (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

On April 8, 2026, the Court issued an Order requiring Respondents to show cause why Petitioner's § 2241 Petition should not be granted on the ground that Petitioner is detained under 8 U.S.C. § 1226 and is entitled to a bond hearing or release. Respondents' response states:

> Petitioner's case is not meaningfully distinguishable from *Echevarria v. Bondi*, No.25-cv-03252-PHX-DWL (ESW), 2025 WL 2821282 (D. Ariz. Oct. 3, 2025). Accordingly, Respondents do not oppose Petitioner's request for a bond hearing under 8 U.S.C. § 1226(a) at this time.

(Doc. 6.)  The Court will grant the Petition and order a bond hearing be provided within seven (7) days.

**IT IS ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to the request for a bond redetermination hearing.  The Petition is otherwise **denied**.

2. Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed

before detention.

3. Respondents must provide a notice of compliance within three days of releasing Petitioner or providing a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge